```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  JASON HITT
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, California 95814
 4  Telephone: (916) 554-2751
 5
 6
 7              IN THE UNITED STATES DISTRICT COURT
 8           FOR THE EASTERN DISTRICT OF CALIFORNIA
 9
10  UNITED STATES OF AMERICA,    )   Case No. 2:12-cr-0096 WBS
                                 )
11              Plaintiff,       )
                                 )   STIPULATION AND [PROPOSED]
12      v.                       )   ORDER TO CONTINUE STATUS
                                 )   CONFERENCE AND EXCLUDE TIME
13  FRANCISCO HERNANDEZ,         )
                                 )
14                               )
                Defendant.       )
15  _____)
16
```

17      The parties respectfully request that the status conference
18 in this case be continued from July 23, 2012, to August 13, 2012
19 at 9:30 a.m.  The parties further stipulate that the time between
20 July 23, 2012, and August 13, 2012, should be excluded from the
21 calculation of time under the Speedy Trial Act.  The parties
22 stipulate that the ends of justice are served by the Court
23 excluding such time, so that counsel for the defendant may have
24 reasonable time necessary for effective preparation, taking into
25 account the exercise of due diligence.  18 U.S.C.
26 § 3161(h)(7)(B)(iv).  Specifically, the parties have just
27 received the Probation Officer's Pre-Plea Criminal History Report
28 and are now exploring resolution of the case.  In addition,

                                1

defense counsel is investigating whether the criminal history calculation is accurate and researching any possible arguments that may be made in favor of a departure or variance in this case. The parties stipulate and agree that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A).

                Respectfully Submitted,

                BENJAMIN B. WAGNER
                United States Attorney

DATE: July 24, 2012    By: /s/Jason Hitt
                Jason Hitt
                Assistant U.S. Attorney

DATE: July 24, 2012    By: /s/Jason Hitt for Ms. Bossi
                Telephonic authorization to
                sign for Ms. Bossi on 07-20-12
                Victoria Bossi
                Attorney for Defendant

| | |
|---|---|
| 1 | **ORDER** |
| 2 | Based upon the representations and stipulation of counsel, |
| 3 | **IT IS HEREBY ORDERED** that: |
| 4 | 1.   The status conference in this matter is set for July |
| 5 | 23, 2012, at 9:30 a.m. is VACATED; |
| 6 | 2.   A new status conference date is set for August 13, |
| 7 | 2012, at 9:30 a.m.; and |
| 8 | 3.   Based upon the representations and stipulation of the |
| 9 | parties, the Court finds that the time exclusion under 18 U.S.C. |
| 10 | § 3161(h)(8)(B)(iv) applies and the ends of justice outweigh the |
| 11 | best interest of the public and the defendants in a speedy trial. |
| 12 | Accordingly, time under the Speedy Trial Act shall be excluded |
| 13 | from July 23, 2012, up to and including August 13, 2012. |
| 14 | |
| 15 | **IT IS SO ORDERED.** |
| 16 | |
| 17 | DATE:   July 23, 2012 |
| 18 | |
| 19 | WILLIAM B. SHUBB |
| 20 | UNITED STATES DISTRICT JUDGE |